UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.G.H., <br><br> Petitioner, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Respondents. | No. 1:25-CV-00435-KES-SKO <br><br> **ORDER** |

The Court has reviewed petitioner Y.G.H.'s petition for writ of habeas corpus and complaint for declaratory and injunctive relief and his motion for temporary restraining order. Docs. 1, 4. According to the petition, Doc. 1, petitioner Y.G.H. is a twenty-two-year-old native of Venezuela who is currently in U.S. Immigration and Customs Enforcement custody. The petition alleges petitioner is at imminent risk of removal under the President of the United States' Proclamation invoking the Alien Enemies Act, issued on March 14, 2025. 90 Fed. Reg. 13033 (Mar. 14, 2025).

The Supreme Court has held that individuals detained under the Alien Enemies Act "must receive notice . . . that they are subject to removal under the Act[,]" and that the "notice must be afforded within a reasonable time and in such a manner as will allow them to actually seek habeas relief in the proper venue before such removal occurs." *Trump v. J. G. G.*, 604 U.S. —, 2025 WL 1024097, at *2 (Apr. 7, 2025).

The parties are ordered to appear for a hearing on petitioner's motion for a temporary restraining order on April 16, 2025, at 10:00 a.m. in Courtroom 6 of the Robert E. Coyle Federal

Courthouse. In the meantime, and unless and until the Court orders otherwise, the Court ORDERS that defendants shall not remove petitioner from the United States nor transfer petitioner out of this District. *See F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 604 (1966) (noting court's "express authority under the All Writs Act to issue such temporary injunctions as may be necessary to protect its own jurisdiction"). Given the exigent circumstances, the Court finds that this Order is warranted to maintain the status quo pending the hearing and any subsequent order and finds that petitioner has satisfied the factors governing the issuance of such preliminary relief.

No later than today, April 15, 2025, petitioner's counsel is directed (1) to serve respondents with a copy of the petition, the motion for temporary restraining order, and accompanying papers, along with a copy of this Order, by e-mail to the United States Attorney's Office for the Eastern District of California and by overnight mail; and (2) to promptly file proof of such service on the docket. Counsel for respondents shall promptly enter notices of appearance.

IT IS SO ORDERED.

Dated:   April 15, 2025

_____
UNITED STATES DISTRICT JUDGE

2