UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.G.H., | No. 1:25-CV-00435-KES-SKO |
| Petitioner, | **ORDER GRANTING PETITIONER'S ADMINISTRATIVE MOTION TO PROCEED UNDER INITIALS** |
| v. | |
| DONALD J. TRUMP, et al., | Doc. 3 |
| Respondents. | |

The Court having considered Petitioner's motion for administrative relief to proceed under initials, and good cause appearing therefor, the motion is hereby GRANTED and IT IS FURTHER ORDERED that:

1. The parties shall refer to Petitioner by his initials, "Y.G.H.," in all filings and public proceedings;
2. The parties shall redact all personally identifying information, including Petitioner's true full name, from all filings consistent with Federal Rule of Civil Procedure 5.2;
3. Respondents are prohibited from disclosing Petitioner's identity to any nonparty unless such disclosure is reasonably necessary to litigate this action; and

///

1

4. Respondents shall provide a copy of this order to any nonparty whom respondents inform of Petitioner's identity.

IT IS SO ORDERED.

Dated: April 15, 2025

_____
UNITED STATES DISTRICT JUDGE