MICHELE BECKWITH
Acting United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division
SARAH S. WILSON
Assistant Director
NANCY N. SAFAVI
Senior Trial Attorney
TX Bar No. 24042342
U.S. Department of Justice
Office of Immigration Litigation
General Litigation and Appeals Section
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9875

Attorneys for Respondent
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.G.H.,<br>            Petitioner-Plaintiff,<br><br>      v.<br><br>DONALD J. TRUMP, et al.,<br><br>            Respondents-Defendants. | CASE NO. 1:25-CV-435-KES-SKO<br><br>ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |

Pursuant to Local Rule 141(b) and based upon the representation contained in the Government's request to seal, IT IS ORDERED that the government's declaration in response to the Court's May 7, 2025 minute order, Doc. 30, and Government's request to seal shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the Government and counsel for the petitioner.

1  The Court has considered the factors set forth in respondents' request. The Court finds that, for the reasons stated in the government's request, sealing the government's motion serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the government would be harmed. In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the government's motion that would adequately protect the compelling interests identified by the government.

IT IS SO ORDERED.

Dated:   May 19, 2025

UNITED STATES DISTRICT JUDGE