# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y. G.H. , | JUDGMENT IN A CIVIL CASE |
| v. | CASE NO: **1:25−CV−00435−KES−SKO** |
| DONALD J. TRUMP , | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 05/28/2025 .**

ENTERED:  **May 28, 2025**          /s/  **Keith Holland**
                                           Clerk of Court